# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Manuel Santana-Zepeda

      Movant-Defendant,

      **V.**               **JUDGMENT IN A CIVIL CASE**

United States of America

      Respondent-Plaintiff.      **CASE NUMBER:**   11CV2111-BTM
                                                                                        11CR0980-BTM

☐   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Defendant's motion to reduce sentence is Denied. The Court Denies a Certificate of Appealability.

| October 6, 2011 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/ E Silvas
(By) Deputy Clerk

ENTERED ON October 6, 2011